```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


THE NORTHERN ASSURANCE         )
COMPANY OF AMERICA,            )
                               )
        Plaintiff,             )    CIVIL ACTION NO.
                               )    12-10238-DPW
v.                             )
                               )
RICHARD W. WELLS, and MARY     )
E. WELLS,                      )
                               )
        Defendants.            )
                               )
```

**JUDGMENT**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated May 21, 2013, granting the Plaintiff's Motion for Summary Judgment (Dkt. No. 20), for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for Plaintiff declaring that the Plaintiff has no obligation to Defendants to provide a defense or indemnify them in connection with claims of the Norfolk Complaint arising from the death of William Pasquantonio, Jr.**


                                    BY THE COURT,

                                    /s/ Jarrett Lovett
                                    Deputy Clerk

DATED: May 22, 2013